BEFORE THE THIRD DIVISION, OCTOBER 30, 1950

**No. 54791.**—D. & A. Sclafani et al. *v.* United States, protests 145287–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54792.**—Mincing Trading Corp. *v.* United States, protest 154964–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.